[No. 18791-4-II.    Division Two.    January 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
NATHANIEL SAMUEL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 94-1-00030-3, Milton R. Cox, J.,
entered September 29, 1994. *Affirmed* by unpublished
opinion per Houghton, C.J., concurred in by Seinfeld and
Morgan, JJ.

[No. 18902-0-II.    Division Two.    January 3, 1997.]

VALERIE L. CRISMAN, *Appellant*, v. ROBERT E.
CRISMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-2-00837-9, Randolph Furman, J.,
entered October 28, 1994. *Reversed* by unpublished opinion
per Seinfeld, J., concurred in by Houghton, C.J., and
Morgan, J. Now published at 85 Wn. App. 15.

[No. 18906-2-II.    Division Two.    January 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
STEPHANIE AMELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-8-00119-1, Wm. Thomas McPhee, J.,
entered October 25, 1994. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Houghton, C.J., and
Morgan, J.

[No. 19224-1-II.    Division Two.    January 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY
STEVEN CHARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00223-5, James D. Roper, J., entered
March 3, 1995. *Affirmed* by unpublished opinion per
Turner, J., concurred in by Houghton, C.J., and Morgan,
J.